FILED
HARRISBURG, PA
MAY 22 2018
Per _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 1:18- CR-157 |
| v. : | |
| : | (Magistrate Judge Carlson) |
| BITNER BROTHERS : | |
| CONSTRUCTION CO., INC., : | |

## ORDER

The defendant appeared before me on this date and entered a plea of guilty to Count 1 of the Information. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the court conducted a full colloquy with the defendant and has determined the following:

1. That the defendant is fully competent and capable of entering an informed plea;

2. That the defendant is aware of the nature of the charges and the consequences of the plea;

3. That the plea of guilty is a knowing and voluntary plea;

4. That the plea is supported by an independent basis in fact containing each of the essential elements of the offense;

5. That no promises have been made to the defendant beyond those set forth in the plea agreement and no one has threatened the defendant to induce the entry of a guilty plea.

On the basis of the foregoing, it is ORDERED that the defendant is adjudged guilty of the offense set forth in Count 1. IT IS FURTHER ORDERED that the

Probation Office is directed to conduct a pre-sentence investigation, and prepare a pre-sentence report which shall be disclosed to the parties on or before July 17, 2018 .Subject to completion of the pre-sentence report, sentencing will be scheduled on September 18, 2018 at 10:00 (rs) in Courtroom No. 5, U.S. Courthouse, Harrisburg, Pennsylvania.

So ordered this 22d day of May, 2018.

Martin C. Carlson
United States Magistrate Judge